# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00117-CV

**Atlin Construction, LLC and Robert McMaster, Appellants**

**v.**

**WW Contractors, Inc., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
## NO. GN401806, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Atlin Construction, LLC, and Robert McMaster inform this Court that they and appellee WW Contractors, Inc., agree that this appeal should be mediated. Appellants have filed an unopposed motion to abate to suspend the running of appellate deadlines while the parties mediate.

We abate this appeal until June 6, 2005. The parties are directed to inform the Court of the status of the appeal by that date. Barring further order of the Court, the appeal will be reinstated on June 6.

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed: April 14, 2005